*# 611337  #128127*

FILED
2009 DEC -3 PM 2:55
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:     *     CASE # 06-32847 S
                 CHAPTER 13
          *

Taylor, Richard & Patricia
Debtor     *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| **Check #** | **Payee** | **Amount** | **Date Issued** |
|---|---|---|---|
| 603276 | Capital One Bank<br>c/o TSYS Debt Mgmt.<br>P O Box 5155<br>Norcross, Ga. 30091 | 3.32 | 10/30/09 |

    2. Your trustee's check #611337 for a total of $3.32 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 11/30/09

                                          John P. Gustafson
                                          Trustee in Bankruptcy